UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
STEVEN MATZURA, individually and on
behalf of all other persons similarly situated,

                Plaintiffs,

      -against-

VIVIAN HORAN FINE ART LLC,

                Defendant.
-------------------------------------------------------x

No. 19-CV-5248-LTS-KNF

ORDER OF DISMISSAL

      The attorneys for the parties have advised the Court that this putative action has been or will be settled. Accordingly, it is hereby ORDERED that this action is dismissed with prejudice as to the named plaintiff, without prejudice as to unnamed class members, without costs to either party, and without prejudice to restoration of the action to the calendar of the undersigned if settlement is not achieved within thirty (30) days of the date of this Order. If a party wishes to reopen this matter or extend the time within which it may be settled, the party must make a letter application before this thirty (30)-day period expires.

      The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they shall submit the settlement agreement to the Court to be so ordered.

    SO ORDERED.

Dated: New York, New York
      August 15, 2019

                                           /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                         United States District Judge